No. 11–8663.  ANDERSON v. VIRGINIA DEPARTMENT OF PUBLIC WORKS ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 11–8664.  ANDERSON v. PARKER.  Sup. Ct. Va.  Certiorari denied.

No. 11–8668.  SUAREZ v. ORTIZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8674.  STOECKER v. GALLEY, JUDGE, CIRCUIT COURT OF ILLINOIS, TENTH JUDICIAL CIRCUIT.  Sup. Ct. Ill.  Certiorari denied.

No. 11–8678.  KELLY v. FAYRAM, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 11–8681.  TAYLOR v. MIAMI-DADE COUNTY DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–8683.  MIZE v. WOOSLEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–8686.  YON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–8689.  WALKER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8693.  ALEXANDER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–8694.  AUSTIN v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–8703.  SOARES v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–8708.  SOLIS v. HARRISON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8710.  LOPEZ v. ROBINSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–8713.  VAN HOOK v. ROBINSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.